8280. GEORGIA RAILWAY AND POWER COMPANY *v.* POUNDS.

LUKE, J. This case is controlled by *Georgia Railway & Power Co.* v. *Pounds,* ante, 201.
                    *Judgment reversed. Wade, C. J., and George, J., concur.*
                    DECIDED JUNE 14, 1917.

Action for damages; from DeKalb superior court—Judge Smith. January 22, 1916.

*Colquitt & Conyers,* for plaintiff in error. *Alonzo Field, R. R. Jackson, Westmoreland & Westmoreland,* contra.